FREDERICK LOESER, Appellant, v. HERMAN LIEBMANN et al., Respondents.

THIS case was argued and decided with and involved the same facts as *Loeser* v. *Liebmann* (*ante*, page 163).

The following is the *mem.* of decision:

"We think no case for an injunction was made out, assuming the construction of the lease claimed by the plaintiff to be the true one.

"The judgment should be modified as in the case No. 1, between the same parties, and, as modified, it should be affirmed, with costs to defendant."

All concur.

Judgment accordingly.

---

ROCHESTER PRINTING COMPANY, Respondent, v. AUGUSTUS B. KELLOGG et al., Appellants.

(Argued January 18, 1893; decided February 7, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 22, 1892, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*George W. Cothran* for appellants.

*Quincy Van Voorhis* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.